**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BILLY ALFARO, | Case No. EDCV 20-0970 RGK (RAO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| T. JUSINO, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied, and this action is dismissed without prejudice.

DATED:  January 12, 2021

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE